1
2
3
4
5
6
7
8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROLANDO CASTILLO,

11             Petitioner,              No. CIV S-06-2933 GEB DAD P

12        vs.

13   R.J. SUBIA, Warden, et al.

14             Respondents.            <u>ORDER</u>

15   _____/

16        Petitioner, a state prisoner at Mule Creek State Prison is proceeding pro se with a

17   petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing

18   fee.

19        In 1979, petitioner was convicted of second degree murder following a trial before

20   the Tulare County Superior Court.  In this action, petitioner is challenging the denial of parole by

21   the Board of Prison Terms in 2006.  Since petitioner may be entitled to the requested relief if the

22   claimed violation of constitutional rights is proved, respondents will be directed to file a response

23   to petitioner's petition.

24        In accordance with the above, IT IS HEREBY ORDERED that:

25        1.  Respondents are directed to file a response to petitioner's petition within thirty

26   days from the date of this order.  <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall

1

1  be accompanied by any and all transcripts or other documents relevant to the determination of the

2  issues presented in the application.  See Rule 5, Fed. R. Governing § 2254 Cases;

3          2.  Petitioner's reply, if any, shall be filed and served within thirty days of service

4  of an answer;

5          3.  If the response to petitioner's petition is a motion, petitioner's opposition or

6  statement of non-opposition shall be filed and served within thirty days of service of the motion,

7  and respondents' reply, if any, shall be filed within fifteen days thereafter; and

8          4.  The Clerk of the Court shall serve a copy of this order together with a copy of

9  petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick

10  Farrell, Senior Assistant Attorney General.

11  DATED: January 5, 2007.

12

13  _Dale A. Drozd_

14  DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

15  DAD:bb/4
    cast2933.100f

16

17

18

19

20

21

22

23

24

25

26