UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLANDO CASTILLO,<br><br>        Petitioner,<br><br>  v.<br><br>R.J. SUBIA,<br><br>        Respondent. | NO. CV-06-2933 RHW JPH<br><br>REPORT AND RECOMMENDATION TO TERMINATE STAY AND GRANT MOTION TO DISMISS PETITION AS MOOT |

BEFORE THE COURT is Respondent's March 11, 2010, notice of Mr. Castillo's release on parole (Ct. Rec. 18).

The court has considered the notice and the file herein.

The court finds the petition is moot because Mr. Castillo has been granted the relief requested in his petition. He was granted parole and released from prison on February 22, 2010 (Ct. Rec. 18). Accordingly,

For the reasons stated above, **IT IS RECOMMENDED**, the temporary stay (Ct. Rec. 17) be terminated and the Petition for Writ of Habeas Corpus (Ct. Rec. 1) be **DENIED** as moot.

**OBJECTIONS**

Any party may object to the magistrate judge's proposed findings, recommendations or report within fourteen (14) days following service with a copy thereof. Such party shall file with the Clerk of the Court all written objections, specifically identifying the portions to which objection is being made, and the basis therefor. Attention is directed to Fed. R. Civ. P. 6(e), which adds another three (3) days from the date of mailing if service is by mail. A district judge will make a de novo determination of those portions to which objection is made and may

REPORT AND RECOMMENDATION - 1

accept, reject, or modify the magistrate judge's determination.
The district judge need not conduct a new hearing or hear
arguments and may consider the magistrate judge's record and make
an independent determination thereon.  The district judge may also
receive further evidence or recommit the matter to the magistrate
judge with instructions. See 28 U.S.C. § 636 (b)(1)(CC), and Fed.
R. Civ. P. 73.  A magistrate judge's recommendation cannot be
appealed to a court of appeals; only the district judge's order or
judgment can be appealed.

   The District Court Executive SHALL FILE this report and
recommendation and serve copies of it on the referring judge and
the parties.

   DATED this 15th day of March, 2010.


                                  s/ James P. Hutton
                                  JAMES P. HUTTON
                          UNITED STATES MAGISTRATE JUDGE

REPORT AND RECOMMENDATION - 2